**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARK MCKINLEY GOLDRING,

    Petitioner,

v.                                                    Case No. 8:04-CV-2798-T-30MAP

WARDEN LAMDIN, et al.,

    Respondents

_____/

**O R D E R**

THIS cause comes before the Court for consideration of Petitioner's Motion to Reconsider the October 28, 2006 order dismissing his petition for federal habeas relief as time-barred under 28 U.S.C. § 2244(d) (Dkt. 17).  Petitioner moves for reconsideration pursuant to Fed. R. Civ. P. 59(e).[1]

Rule 59(e) authorizes a motion to alter or amend a judgment after its entry. Rule 59(e) provides no specific grounds for relief, and "the decision to alter or amend judgment is committed to the sound discretion of the district judge." *American Home Assur. Co. v. Glenn Estess & Assocs., Inc.*, 763 F.2d 1237, 1238-39 (11th Cir. 1985). There are four basic grounds for granting a Rule 59(e) motion: (1) manifest errors of law or fact upon which the judgment was based; (2) newly discovered or previously unavailable evidence; (3) manifest injustice in the judgment; and (4) an intervening change in the controlling law. *See Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D.Fla. 1994).

---

[1] Fed.R.Civ.P. 59(e) provides that a party may file a motion to alter or amend a judgment "no later than 10 days after entry of the judgment."

The Court concluded that the petition was subject to dismissal pursuant to 28 U.S.C. § 2244(d). Petitioner asserts that reconsideration is imperative to correct a clear error related to the timeliness of his petition. The Court finds Petitioner's argument persuasive.

ACCORDINGLY, the Court **ORDERS** that:

1. The Motion to Reconsider (Dkt. 17) is **GRANTED**.

2. The October 26, 2006 order denying the petition as time-barred **(Dkt. 15)** is hereby **VACATED**.

3. The **Clerk** shall **REOPEN** this case.

**DONE** and **ORDERED** in Tampa, Florida on November 20, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copy furnished to</u>:
All Parties of Record

SA:jsh